# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| STURLINI, JOHN PHILLIP | § | Case No. 09-74056 |
| STURLINI, KARA MARIE | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under chapter 7 of the United States Bankruptcy Code on 09/22/2009 . The undersigned trustee was appointed on 09/22/2009 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of     $     6,500.71

   Funds were disbursed in the following amounts:

   | | |
   |---|---|
   | Administrative expenses | 5.23 |
   | Payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]     $ | 6,495.48 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

6. The deadline for filing claims in this case was 04/28/2010 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,400.07 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 1,400.07 , for a total compensation of $ 1,400.07 . In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.


Date: 07/08/2010          By:/s/DANIEL M. DONAHUE
                             Trustee


**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit A

Page: 1

| Case No: | 09-74056 MLB Judge: MANUEL BARBOSA | Trustee Name: | DANIEL M. DONAHUE |
| --- | --- | --- | --- |
| Case Name: | STURLINI, JOHN PHILLIP | Date Filed (f) or Converted (c): | 09/22/09 (f) |
| | STURLINI, KARA MARIE | 341(a) Meeting Date: | 10/22/09 |
| For Period Ending: | 07/08/10 | Claims Bar Date: | 04/28/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1109 Hollywood Blvd Mc Henry, IL 60050 - (Debtors | 186,000.00 | 0.00 | DA | 0.00 | FA |
| 2. savings account with McHenry Savings Bank | 500.00 | 0.00 | DA | 0.00 | FA |
| 3. checking account with McHenry Savings Bank | 100.00 | 0.00 | DA | 0.00 | FA |
| 4. Savings account with Chase/BOA | 1,000.00 | 2,656.00 | | 2,656.00 | FA |
| 5. Checking account with Chase/BOA | 500.00 | 300.00 | | 300.00 | FA |
| 6. Smith Barney account joint with Debtor's Spouse Mo | 900.00 | 0.00 | DA | 0.00 | FA |
| 7. Household goods; TV, VCR, stereo, sofa, vacuum, ta | 2,500.00 | 0.00 | DA | 0.00 | FA |
| 8. Books, Compact Discs, Tapes/Records, Family Pictur | 100.00 | 0.00 | DA | 0.00 | FA |
| 9. Necessary wearing apparel. | 50.00 | 0.00 | DA | 0.00 | FA |
| 10. Earrings, watch, costume jewelry, wedding rings. | 300.00 | 0.00 | DA | 0.00 | FA |
| 11. Sports and hobby equipment | 100.00 | 0.00 | DA | 0.00 | FA |
| 12. Whole Life policy. Beneficiaries are Debtor's pare | 1,123.00 | 0.00 | DA | 0.00 | FA |
| 13. Term Life Insurance - No Cash Surrender Value. | 0.00 | 0.00 | DA | 0.00 | FA |
| 14. Pension w/ Employer/Former Employer - 100% Exempt. | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 15. 100 shares of Walgreens stock | 3,408.00 | 3,408.00 | | 3,408.00 | FA |
| 16. Savings Bonds | 1,500.00 | 136.00 | | 136.00 | FA |
| 17. Patelco Credit Union - 2006 Chevrolet Express Van | 14,000.00 | 0.00 | DA | 0.00 | FA |
| 18. North Shore BANK SSB - 2004 Travel Light trailer S | 5,180.00 | 0.00 | DA | 0.00 | FA |
| 19. 1970 Pontiac GTO | 2,500.00 | 0.00 | DA | 0.00 | FA |
| 20. Chase Auto - 05 Nissan Maxima | 18,000.00 | 0.00 | DA | 0.00 | FA |
| 21. Family Pets/Animals - 2 cats | 0.00 | 0.00 | DA | 0.00 | FA |
| 22. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 0.71 | FA |
| TOTALS (Excluding Unknown Values) | $239,761.00 | $6,500.00 | | $6,500.71 | Gross Value of Remaining Assets $0.00 |

(Total Dollar Amount in Column 6)

LFORM1
UST Form 101-7-TFR (9/1/2009) (Page: 3)

Ver: 15.10a

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| | | |
|---|---|---|
| Case No: | 09-74056 MLB Judge: MANUEL BARBOSA | Trustee Name: DANIEL M. DONAHUE |
| Case Name: | STURLINI, JOHN PHILLIP | Date Filed (f) or Converted (c): 09/22/09 (f) |
| | STURLINI, KARA MARIE | 341(a) Meeting Date: 10/22/09 |
| | | Claims Bar Date: 04/28/10 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The debtor had various accounts and items of personal property that exceeded the exemptions claimed. Trustee filed an Objection to the Claim for Exemptions. The debtors' attorney then sent a settlement proposal to the debtors. Debtor's attorney has indicated that they are going to accept the trustee's proposal and fund the settlement by the end of January. Once the funds are received, trustee will initiate claims and after claims are reviewed proceed to final report.

Initial Projected Date of Final Report (TFR):  / /                    Current Projected Date of Final Report (TFR):  / /

Page: 2
Exhibit A

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit B

| Case No: | 09-74056 -MLB | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | STURLINI, JOHN PHILLIP | Bank Name: | BANK OF AMERICA, N.A. |
|  | STURLINI, KARA MARIE | Account Number / CD #: | *******1583  MONEY MARKET |
| Taxpayer ID No: | *******0268 |  |  |
| For Period Ending: | 07/08/10 | Blanket Bond (per case limit): | $ 1,500,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/08/10 | | JOHN PHILLIP STURLINI<br>KARA MARIE STURLINI<br>1109 HOLLYWOOD BLVD<br>MCHENRY, IL  60050-8212 | SETTLEMENT PER OBJ. TO EXEMPTION CL | 1129-000 | 6,500.00 | | 6,500.00 |
| 02/26/10 | 22 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.11 | | 6,500.11 |
| 03/31/10 | 22 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.17 | | 6,500.28 |
| 04/30/10 | 22 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.16 | | 6,500.44 |
| 05/28/10 | 22 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.16 | | 6,500.60 |
| 06/08/10 | 001000 | INTERNATIONAL SURETIES,LTD.<br>701 POYDRAS ST., STE. 420<br>NEW ORLEANS, LA  70139 | Blanket Bond #016018067 | 2300-000 | | 5.23 | 6,495.37 |
| 06/21/10 | 22 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.11 | | 6,495.48 |
| 06/21/10 | | Transfer to Acct #*******1745 | Final Posting Transfer | 9999-000 | | 6,495.48 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 6,500.71 | 6,500.71 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 6,495.48 | |
| Subtotal | 6,500.71 | 5.23 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 6,500.71 | 5.23 | |

Page Subtotals    6,500.71    6,500.71

Ver: 15.10a

LFORM24 UST Form 101-7-TFR (9/1/2009) (Page: 5)

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit B

| Case No: | 09-74056 -MLB | | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|---|
| Case Name: | STURLINI, JOHN PHILLIP | | Bank Name: | BANK OF AMERICA, N.A. |
| | STURLINI, KARA MARIE | | Account Number / CD #: | *******1745  GENERAL CHECKING |
| Taxpayer ID No: | *******0268 | | | |
| For Period Ending: | 07/08/10 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/21/10 | | Transfer from Acct #*******1583 | Transfer In From MMA Account | 9999-000 | 6,495.48 | | 6,495.48 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 6,495.48 | 0.00 | 6,495.48 |
| Less: Bank Transfers/CD's | 6,495.48 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| MONEY MARKET - *******1583 | 6,500.71 | 5.23 | 0.00 |
| GENERAL CHECKING - *******1745 | 0.00 | 0.00 | 6,495.48 |
| | 6,500.71 | 5.23 | 6,495.48 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    6,495.48    0.00

Ver. 15.10a

LFORM24  UST Form 101-7-TFR (9/1/2009) (Page: 6)

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

| Case Number: | 09-74056 | | Page 1 | | Date: July 08, 2010 |
|---|---|---|---|---|---|
| Debtor Name: | STURLINI, JOHN PHILLIP | | Claim Class Sequence | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001 3110-00 | MCGREEVY WILLIAMS | Administrative | | $1,926.50 | $0.00 | $1,926.50 |
| 001 3120-00 | MCGREEVY WILLIAMS | Administrative | | $52.22 | $0.00 | $52.22 |
| 000001 070 7100-00 | DISCOVER BANK<br>DFS Services LLC<br>PO Box 3025<br>New Albany, Ohio 43054-3025 | Unsecured | | $7,145.25 | $0.00 | $7,145.25 |
| 000002 070 7100-00 | PYOD LLC its successors and assigns<br>as assignee of<br>Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Unsecured | | $5,483.37 | $0.00 | $5,483.37 |
| 000003 070 7100-00 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $361.55 | $0.00 | $361.55 |
| 000004 070 7100-00 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $14,660.16 | $0.00 | $14,660.16 |
| 000005 070 7100-00 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $24,417.83 | $0.00 | $24,417.83 |
| 000006 070 7100-00 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $7,596.43 | $0.00 | $7,596.43 |
| 000007 070 7100-00 | PYOD LLC its successors and assigns<br>as assignee of<br>Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Unsecured | | $11,064.84 | $0.00 | $11,064.84 |
| 000008 070 7100-00 | PYOD LLC its successors and assigns<br>as assignee of<br>Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Unsecured | | $494.89 | $0.00 | $494.89 |
| 000009 070 7100-00 | PYOD LLC its successors and assigns<br>as assignee of<br>Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Unsecured | | $579.36 | $0.00 | $579.36 |

Document     Page 8 of 12

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

| Case Number: 09-74056 | | Page 2 | | Date: July 08, 2010 | |
|---|---|---|---|---|---|
| Debtor Name: STURLINI, JOHN PHILLIP | | Claim Class Sequence | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000010 070 7100-00 | Chase Bank USA, N.A.<br>c/o Creditors Bankruptcy Service<br>P.O.Box 740933<br>Dallas, TX 75374 | Unsecured | | $939.10 | $0.00 | $939.10 |
| 000011 070 7100-00 | North Shore Bank<br>% Law Offices of Kimberly Weissman LLC<br>633 Skokie Blvd Ste 400<br>Northbrook, Il 60062 | Unsecured | | $646.91 | $0.00 | $646.91 |
| 000012 070 7100-00 | GE Money Bank dba LOWES CONSUMER<br>Care of Recovery Management Systems Corp<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | Unsecured | | $1,316.83 | $0.00 | $1,316.83 |
| 000013 070 7100-00 | CitiCorp Trust Bank<br>P.O. Box 140489<br>Irving, TX 75014-0489 | Unsecured | | $2,267.26 | $0.00 | $2,267.26 |
| | Case Totals: | | | $78,952.50 | $0.00 | $78,952.50 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-74056
Case Name: STURLINI, JOHN PHILLIP
STURLINI, KARA MARIE
Trustee Name: DANIEL M. DONAHUE

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| <u>Trustee: DANIEL M. DONAHUE</u> | $ 1,400.07 | $ 0.00 |
| *Attorney for trustee:* <u>MCGREEVY WILLIAMS</u> | $ 1,926.50 | $ 52.22 |
| <u>Appraiser:</u> | $_____ | $_____ |
| <u>Auctioneer:</u> | $_____ | $_____ |
| <u>Accountant:</u> | $_____ | $_____ |
| <u>Special Attorney for trustee:</u> | $_____ | $_____ |
| <u>Charges:</u> | $_____ | $_____ |
| <u>Fees:</u> | $_____ | $_____ |
| <u>Other:</u> | $_____ | $_____ |
| <u>Other:</u> | $_____ | $_____ |

UST Form 101-7-TFR (9/1/2009) *(Page: 9)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

|  | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| *Attorney for debtor:* | | $ | $ |
| *Attorney for:* | | $ | $ |
| *Accountant for:* | | $ | $ |
| *Appraiser for:* | | $ | $ |
| *Other:* | | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 76,973.78 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.1 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| *000001* | *DISCOVER BANK* | $ 7,145.25 | $ 289.31 |
| *000002* | *PYOD LLC its successors and assigns as assignee of* | $ 5,483.37 | $ 222.02 |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000003 | Chase Bank USA, N.A. | $ 361.55 | $ 14.64 |
| 000004 | Chase Bank USA, N.A. | $ 14,660.16 | $ 593.59 |
| 000005 | Chase Bank USA, N.A. | $ 24,417.83 | $ 988.69 |
| 000006 | Chase Bank USA, N.A. | $ 7,596.43 | $ 307.58 |
| 000007 | PYOD LLC its successors and assigns as assignee of | $ 11,064.84 | $ 448.02 |
| 000008 | PYOD LLC its successors and assigns as assignee of | $ 494.89 | $ 20.04 |
| 000009 | PYOD LLC its successors and assigns as assignee of | $ 579.36 | $ 23.46 |
| 000010 | Chase Bank USA, N.A. | $ 939.10 | $ 38.02 |
| 000011 | North Shore Bank | $ 646.91 | $ 26.19 |
| 000012 | GE Money Bank dba LOWES CONSUMER | $ 1,316.83 | $ 53.32 |
| 000013 | CitiCorp Trust Bank | $ 2,267.26 | $ 91.81 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.