UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
STURLINI, JOHN PHILLIP § Case No. 09-74056
STURLINI, KARA MARIE §
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DANIEL M. DONAHUE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 08/09/2010 in Courtroom 115,
          United States Courthouse
          211 S. Court St.
          Rockford, IL 61101

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____      By: /s/ Daniel M. Donahue
                                                                    Trustee

*DANIEL M. DONAHUE*
*P.O. BOX 2903*
*ROCKFORD, IL 61132-2903*

UST Form 101-7-NFR (9/1/2009) (Page: 1)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
STURLINI, JOHN PHILLIP § Case No. 09-74056
STURLINI, KARA MARIE §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 6,500.71 |
| and approved disbursements of | $ | 5.23 |
| leaving a balance on hand of[1] | $ | 6,495.48 |

Claims of secured creditors will be paid as follows:

| Claimant | Proposed Payment |
|---|---|
| | $ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| Trustee: DANIEL M. DONAHUE | $ 1,400.07 | $ 0.00 |
| Attorney for trustee: MCGREEVY WILLIAMS | $ 1,926.50 | $ 52.22 |
| Appraiser: | $ | $ |
| Auctioneer: | $ | $ |
| Accountant: | $ | $ |
| Special Attorney for trustee: | $ | $ |
| Charges: | $ | $ |
| Fees: | $ | $ |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009) (Page: 2)

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| Other: _____ | $_____ | $_____ |
| Other: _____ | $_____ | $_____ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| Attorney for debtor: _____ | $_____ | $_____ |
| Attorney for: _____ | $_____ | $_____ |
| Accountant for: _____ | $_____ | $_____ |
| Appraiser for: _____ | $_____ | $_____ |
| Other: _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 76,973.78 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.1 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | DISCOVER BANK | $ 7,145.25 | $ 289.31 |

UST Form 101-7-NFR (9/1/2009) (Page 3)

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000002 | PYOD LLC its successors and assigns as assignee of | $ 5,483.37 | $ 222.02 |
| 000003 | Chase Bank USA, N.A. | $ 361.55 | $ 14.64 |
| 000004 | Chase Bank USA, N.A. | $ 14,660.16 | $ 593.59 |
| 000005 | Chase Bank USA, N.A. | $ 24,417.83 | $ 988.69 |
| 000006 | Chase Bank USA, N.A. | $ 7,596.43 | $ 307.58 |
| 000007 | PYOD LLC its successors and assigns as assignee of | $ 11,064.84 | $ 448.02 |
| 000008 | PYOD LLC its successors and assigns as assignee of | $ 494.89 | $ 20.04 |
| 000009 | PYOD LLC its successors and assigns as assignee of | $ 579.36 | $ 23.46 |
| 000010 | Chase Bank USA, N.A. | $ 939.10 | $ 38.02 |
| 000011 | North Shore Bank | $ 646.91 | $ 26.19 |
| 000012 | GE Money Bank dba LOWES CONSUMER | $ 1,316.83 | $ 53.32 |
| 000013 | CitiCorp Trust Bank | $ 2,267.26 | $ 91.81 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .

Prepared By: /s/Daniel M. Donahue
Trustee

*DANIEL M. DONAHUE*
*P.O. BOX 2903*
*ROCKFORD, IL 61132-2903*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: cbachman              Page 1 of 2            Date Rcvd: Jul 12, 2010
Case: 09-74056                Form ID: pdf006             Total Noticed: 34

The following entities were noticed by first class mail on Jul 14, 2010.
db/jdb       +John Phillip Sturlini,    Kara Marie Sturlini,    1109 Hollywood Blvd,    Mc Henry, IL 60050-8212
aty           Daniel M Donahue,    P. O. Box 2903,    Rockford, IL   61132-2903
aty          +Jonathan D Parker,    Geraci Law, LLC,    55 E. Monroe St. # 3400,    Chicago, IL 60603-5920
tr            Daniel Donahue,    P O Box 2903,    Rockford, IL   61132-2903
14479375     +CHASE,    Attn: Bankruptcy Dept.,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
14479376     +CITI,    Attn: Bankruptcy Dept.,    Po Box 6241,    Sioux Falls, SD 57117-6241
14479370     +Chase - TOYS R US,    Attn: Bankruptcy Dept.,    Po Box 15298,    Wilmington, DE 19850-5298
14479384     +Chase Auto Finance,    Bankruptcy Department,    3415 Vision Dr.,    Columbus, OH 43219-6009
15100634      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
15186471     +Chase Bank USA,N.A.,    c/o Creditors Bankruptcy Service,    P.O.Box 740933,
               Dallas, TX 75374-0933
15372073      CitiCorp Trust Bank,    P.O. Box 140489,    Irving, TX 75014-0489
14479373     +Citifinancial Retail S,    Attn: Bankruptcy Dept.,    Po Box 22066,    Tempe, AZ 85285-2066
14479359     +Citimortgage INC,    Attn: Bankruptcy Dept.,    Po Box 9438,    Gaithersburg, MD 20898-9438
14479367     +Equifax,    Attn: Bankruptcy Dept.,    P.O. Box 740241,    Atlanta, GA 30374-0241
14479356     +Escallate LLC,    Attn: Bankruptcy Dept.,    1606 E Turkeyfoot Lake R,    Akron, OH 44312-5936
14479368     +Experian,    Attn: Bankruptcy Dept.,    P.O. Box 2002,    Allen, TX 75013-2002
14479372     +HSBC BANK,    Attn: Bankruptcy Dept.,    Po Box 5253,    Carol Stream, IL 60197-5253
14479379     +HSBC/Bsbuy,    Attn: Bankruptcy Dept.,    Po Box 15519,    Wilmington, DE 19850-5519
14479360     +North Shore BANK SSB,    Attn: Bankruptcy Dept.,    2215 S Oneida St,    Green Bay, WI 54304-4790
15228444     +North Shore Bank,    % Law Offices of Kimberly Weissman LLC,    633 Skokie Blvd  Ste 400,
               Northbrook, Il 60062-2826
15045075     +PYOD LLC its successors and assigns as assignee of,    Citibank,    c/o Resurgent Capital Services,
               PO Box 19008,    Greenville, SC 29602-9008
14479358     +Patelco Credit Union,    Attn: Bankruptcy Dept.,    156 2Nd St,    San Francisco, CA 94105-3724
14479361     +Sallie MAE,    Attn: Bankruptcy Dept.,    1002 Arthur Dr,    Lynn Haven, FL 32444-1683
14479371     +THD/CBSD,    Attn: Bankruptcy Dept.,    Po Box 6497,    Sioux Falls, SD 57117-6497
14479383     +Teamster Privledge CU,    Attn: Bankruptcy Dept.,    PO BOX 17051,    Baltimore, MD 21297-1051
14479369     +TransUnion,    Attn: Bankruptcy Dept.,    P.O. Box 1000,    Chester, PA 19016-1000
14479366     +Wells Fargo HM Mortgag,    Attn: Bankruptcy Dept.,    8480 Stagecoach Cir,
               Frederick, MD 21701-4747
The following entities were noticed by electronic transmission on Jul 12, 2010.
15044756      E-mail/PDF: mrdiscen@discoverfinancial.com Jul 13 2010 01:19:33     DISCOVER BANK,
               DFS Services LLC,    PO Box 3025,    New Albany, Ohio   43054-3025
14479374     +E-mail/PDF: mrdiscen@discoverfinancial.com Jul 13 2010 01:19:32     Discover FIN SVCS LLC,
               Attn: Bankruptcy Dept.,    Po Box 15316,    Wilmington, DE 19850-5316
15297068     +E-mail/PDF: gecsedi@recoverycorp.com Jul 13 2010 01:32:19     GE Money Bank dba LOWES CONSUMER,
               Care of Recovery Management Systems Corp,    25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
14597396      E-mail/PDF: gecsedi@recoverycorp.com Jul 13 2010 01:32:18     GE money Bank,    (Lowes Consumer),
               c/o Recovery Management Systems Corp.,    Attn: Ramesh Singh,    25 SE 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
14479380      E-mail/PDF: gecsedi@recoverycorp.com Jul 13 2010 01:32:19     GEMB/Lowes,
               Attn: Bankruptcy Dept.,    Po Box 103065,    Roswell, GA 30076
14479357     +E-mail/Text: bankruptcy@hraccounts.com                         H & R Accounts INC,
               Attn: Bankruptcy Dept.,    7017 John Deer Parkway,    Moline, IL 61265-8072
14479378     +E-mail/PDF: cr-bankruptcy@kohls.com Jul 13 2010 01:23:44     Kohls/Chase,
               Attn: Bankruptcy Dept.,    N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
                                                                                              TOTAL: 7

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*          Daniel Donahue,    P O Box 2903,    Rockford, IL   61132-2903
14479382*    +CHASE,    Attn: Bankruptcy Dept.,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
14479377*    +CHASE,    Attn: Bankruptcy Dept.,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
14479381*    +CITI,    Attn: Bankruptcy Dept.,    Po Box 6241,    Sioux Falls, SD 57117-6241
14479363*    +Sallie MAE,    Attn: Bankruptcy Dept.,    1002 Arthur Dr,    Lynn Haven, FL 32444-1683
14479364*    +Sallie MAE,    Attn: Bankruptcy Dept.,    1002 Arthur Dr,    Lynn Haven, FL 32444-1683
14479365*    +Sallie MAE,    Attn: Bankruptcy Dept.,    1002 Arthur Dr,    Lynn Haven, FL 32444-1683
14479362*    +Sallie MAE,    Attn: Bankruptcy Dept.,    1002 Arthur Drive,    Lynn Haven, FL 32444-1683
                                                                                              TOTALS: 0, * 8, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-3          User: cbachman           Page 2 of 2              Date Rcvd: Jul 12, 2010
Case: 09-74056                Form ID: pdf006          Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 14, 2010**                    **Signature:** /s/ Joseph Speetjens