## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| STURLINI, JOHN PHILLIP | § | Case No. 09-74056 |
| STURLINI, KARA MARIE | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

DANIEL M. DONAHUE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:
*(Without deducting any secured claims)*                    Assets Exempt:

Total Distributions to Claimants:                    Claims Discharged
                                                     Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $                 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $                 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on            . The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/DANIEL M. DONAHUE_____
                                                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Chase Auto Finance Bankruptcy Department 3415 Vision Dr. Columbus OH 43219 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 2 Citimortgage INC Attn: Bankruptcy Dept. Po Box 9438 Gaithersburg MD 20898 | | | | | |
| | 3 North Shore BANK SSB Attn: Bankruptcy Dept. 2215 S Oneida St Green Bay WI 54304 | | | | | |
| | 4 Patelco Credit Union Attn: Bankruptcy Dept. 156 2Nd St San Francisco CA 94105 | | | | | |
| | 5 Wells Fargo HM Mortgag Attn: Bankruptcy Dept. 8480 Stagecoach Cir Frederick MD 21701 | | | | | |
| TOTAL SECURED CLAIMS | | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DANIEL M. DONAHUE, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES,LTD. | | | | | |
| MCGREEVY WILLIAMS | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MCGREEVY WILLIAMS | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 1 CHASE Attn: Bankruptcy Dept. 800 Brooksedge Blvd Westerville OH 43081 | | | | | |
| | 10 Escallate LLC Attn: Bankruptcy Dept. 1606 E Turkeyfoot Lake R Akron OH 44312 | | | | | |
| | 11 Experian Attn: Bankruptcy Dept. P.O. Box 2002 Allen TX 75013 | | | | | |
| | 12 GEMB/Lowes Attn: Bankruptcy Dept. Po Box 103065 Roswell GA 30076 | | | | | |
| | 13 H & R Accounts INC Attn: Bankruptcy Dept. 7017 John Deer Parkway Moline IL 61265 | | | | | |
| | 14 HSBC BANK Attn: Bankruptcy Dept. Po Box 5253 Carol Stream IL 60197 | | | | | |
| | 15 HSBC/Bsbuy Attn: Bankruptcy Dept. Po Box 15519 Wilmington DE 19850 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 16 Kohls/Chase Attn: Bankruptcy Dept. N56 W 17000 Ridgewood Dr Menomonee Falls WI 53051 | | | | | |
| | 17 Sallie MAE Attn: Bankruptcy Dept. 1002 Arthur Dr Lynn Haven FL 32444 | | | | | |
| | 18 Sallie MAE Attn: Bankruptcy Dept. 1002 Arthur Drive Lynn Haven FL 32444 | | | | | |
| | 19 Sallie MAE Attn: Bankruptcy Dept. 1002 Arthur Dr Lynn Haven FL 32444 | | | | | |
| | 2 CHASE Attn: Bankruptcy Dept. 800 Brooksedge Blvd Westerville OH 43081 | | | | | |
| | 20 Sallie MAE Attn: Bankruptcy Dept. 1002 Arthur Dr Lynn Haven FL 32444 | | | | | |
| | 21 Sallie MAE Attn: Bankruptcy Dept. 1002 Arthur Dr Lynn Haven FL 32444 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 22 Teamster Privledge CU Attn: Bankruptcy Dept. PO BOX 17051 Baltimore MD 21297 | | | | | |
| | 23 THD/CBSD Attn: Bankruptcy Dept. Po Box 6497 Sioux Falls SD 57117 | | | | | |
| | 24 TransUnion Attn: Bankruptcy Dept. P.O. Box 1000 Chester PA 19022 | | | | | |
| | 3 CHASE Attn: Bankruptcy Dept. 800 Brooksedge Blvd Westerville OH 43081 | | | | | |
| | 4 Chase - TOYS R US Attn: Bankruptcy Dept. Po Box 15298 Wilmington DE 19850 | | | | | |
| | 5 CITI Attn: Bankruptcy Dept. Po Box 6241 Sioux Falls SD 57117 | | | | | |
| | 6 CITI Attn: Bankruptcy Dept. Po Box 6241 Sioux Falls SD 57117 | | | | | |
| | 7 Citifinancial Retail S Attn: Bankruptcy Dept. Po Box 22066 Tempe AZ 85285 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | 8 Discover FIN SVCS LLC Attn: Bankruptcy Dept. Po Box 15316 Wilmington DE 19850 |  |  |  |  |  |
|  | 9 Equifax Attn: Bankruptcy Dept. P.O. Box 740241 Atlanta GA 30374 |  |  |  |  |  |
| 000003 | CHASE BANK USA, N.A. |  |  |  |  |  |
| 000004 | CHASE BANK USA, N.A. |  |  |  |  |  |
| 000005 | CHASE BANK USA, N.A. |  |  |  |  |  |
| 000006 | CHASE BANK USA, N.A. |  |  |  |  |  |
| 000010 | CHASE BANK USA,N.A. |  |  |  |  |  |
| 000013 | CITICORP TRUST BANK |  |  |  |  |  |
| 000001 | DISCOVER BANK |  |  |  |  |  |
| 000012 | GE MONEY BANK DBA LOWES CONSUMER |  |  |  |  |  |
| 000011 | NORTH SHORE BANK |  |  |  |  |  |
| 000002 | PYOD LLC ITS SUCCESSORS AND ASSIGNS |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000007 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| 000008 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| 000009 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page:    1

Exhibit 8

| Case No: | 09-74056 | MLB | Judge: MANUEL BARBOSA |
|---|---|---|---|

Case Name:    STURLINI, JOHN PHILLIP
              STURLINI, KARA MARIE

For Period Ending:  10/22/10

Trustee Name:                        DANIEL M. DONAHUE
Date Filed (f) or Converted (c):     09/22/09 (f)
341(a) Meeting Date:                 10/22/09
Claims Bar Date:                     04/28/10

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1109 Hollywood Blvd Mc Henry, IL 60050 - (Debtors | 186,000.00 | 0.00 | DA | 0.00 | FA |
| 2. savings account with McHenry Savings Bank | 500.00 | 0.00 | DA | 0.00 | FA |
| 3. checking account with McHenry Savings Bank | 100.00 | 0.00 | DA | 0.00 | FA |
| 4. Savings account with Chase/BOA | 1,000.00 | 1,656.00 | | 2,656.00 | FA |
| 5. Checking account with Chase/BOA | 500.00 | 0.00 | | 300.00 | FA |
| 6. Smith Barney account joint with Debtor's Spouse Mo | 900.00 | 0.00 | DA | 0.00 | FA |
| 7. Household goods; TV, VCR, stereo, sofa, vacuum, ta | 2,500.00 | 0.00 | DA | 0.00 | FA |
| 8. Books, Compact Discs, Tapes/Records, Family Pictur | 100.00 | 0.00 | DA | 0.00 | FA |
| 9. Necessary wearing apparel. | 50.00 | 0.00 | DA | 0.00 | FA |
| 10. Earrings, watch, costume jewelry, wedding rings. | 300.00 | 0.00 | DA | 0.00 | FA |
| 11. Sports and hobby equipment | 100.00 | 0.00 | DA | 0.00 | FA |
| 12. Whole Life policy. Beneficiaries are Debtor's pare | 1,123.00 | 0.00 | DA | 0.00 | FA |
| 13. Term Life Insurance - No Cash Surrender Value. | 0.00 | 0.00 | DA | 0.00 | FA |
| 14. Pension w/ Employer/Former Employer - 100% Exempt. | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 15. 100 shares of Walgreens stock | 3,408.00 | 3,408.00 | | 3,408.00 | FA |
| 16. Savings Bonds | 1,500.00 | 0.00 | | 136.00 | FA |
| 17. Patelco Credit Union - 2006 Chevrolet Express Van | 14,000.00 | 0.00 | DA | 0.00 | FA |
| 18. North Shore BANK SSB - 2004 Travel Light trailer S | 5,180.00 | 0.00 | DA | 0.00 | FA |
| 19. 1970 Pontiac GTO | 2,500.00 | 0.00 | DA | 0.00 | FA |
| 20. Chase Auto - 05 Nissan Maxima | 18,000.00 | 0.00 | DA | 0.00 | FA |
| 21. Family Pets/Animals - 2 cats | 0.00 | 0.00 | DA | 0.00 | FA |
| 22. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 0.71 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)              $239,761.00        $5,064.00                      $6,500.71            $0.00

(Total Dollar Amount in Column 6)

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:    2

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 09-74056    MLB   Judge: MANUEL BARBOSA | Trustee Name: | DANIEL M. DONAHUE |
| Case Name: | STURLINI, JOHN PHILLIP | Date Filed (f) or Converted (c): | 09/22/09 (f) |
| | STURLINI, KARA MARIE | 341(a) Meeting Date: | 10/22/09 |
| | | Claims Bar Date: | 04/28/10 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The debtor had various accounts and items of personal property that exceeded the exemptions claimed.  Trustee filed an

Objection to the Claim for Exemptions.  The debtors' attorney then sent a settlement proposal to the debtors.  Debtor's

attorney has indicated that they are going to accept the trustee's proposal and fund the settlement by the end of

January.  Once the funds are received, trustee will initiate claims and after claims are reviewed proceed to final

report.

Initial Projected Date of Final Report (TFR):  /  /        Current Projected Date of Final Report (TFR):  /  /

Page:   1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-74056  -MLB | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | STURLINI, JOHN PHILLIP | Bank Name: | BANK OF AMERICA, N.A. |
| | STURLINI, KARA MARIE | Account Number / CD #: | *******1583  MONEY MARKET |
| Taxpayer ID No: | *******0268 | | |
| For Period Ending: | 10/22/10 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/08/10 | | JOHN PHILLIP STURLINI | SETTLEMENT PER OBJ. TO EXEMPTION CL | 1129-000 | 6,500.00 | | 6,500.00 |
| | | KARA MARIE STURLINI | | | | | |
| | | 1109 HOLLYWOOD BLVD | | | | | |
| | | MCHENRY, IL  60050-8212 | | | | | |
| 02/26/10 | 22 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.11 | | 6,500.11 |
| 03/31/10 | 22 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.17 | | 6,500.28 |
| 04/30/10 | 22 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.16 | | 6,500.44 |
| 05/28/10 | 22 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.16 | | 6,500.60 |
| 06/08/10 | 001000 | INTERNATIONAL SURETIES,LTD. | Blanket Bond #016018067 | 2300-000 | | 5.23 | 6,495.37 |
| | | 701 POYDRAS ST., STE. 420 | | | | | |
| | | NEW ORLEANS, LA  70139 | | | | | |
| 06/21/10 | 22 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.11 | | 6,495.48 |
| 06/21/10 | | Transfer to Acct #*******1745 | Final Posting Transfer | 9999-000 | | 6,495.48 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | 6,500.71 | 6,500.71 | 0.00 |
| Less:  Bank Transfers/CD's | | 0.00 | 6,495.48 | |
| Subtotal | | 6,500.71 | 5.23 | |
| Less:  Payments to Debtors | | | 0.00 | |
| Net | | 6,500.71 | 5.23 | |

Page Subtotals          6,500.71          6,500.71

Ver: 16.00

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 13)*

Page: 2

Exhibit 9

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: | 09-74056  -MLB |
| Case Name: | STURLINI, JOHN PHILLIP |
| | STURLINI, KARA MARIE |
| Taxpayer ID No: | *******0268 |
| For Period Ending: | 10/22/10 |

| | |
|---|---|
| Trustee Name: | DANIEL M. DONAHUE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******1745  GENERAL CHECKING |
| Blanket Bond (per case limit): | $ 1,500,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/21/10 | | Transfer from Acct #*******1583 | Transfer In From MMA Account | 9999-000 | 6,495.48 | | 6,495.48 |
| 08/11/10 | 000100 | DANIEL M. DONAHUE, TRUSTEE<br>P.O. BOX 2903<br>ROCKFORD, IL  61132-2903 | Chapter 7 Compensation/Fees | 2100-000 | | 1,400.07 | 5,095.41 |
| 08/11/10 | 000101 | MCGREEVY WILLIAMS | Attorney for Trustee Fees (Trustee | 3110-000 | | 1,926.50 | 3,168.91 |
| 08/11/10 | 000102 | MCGREEVY WILLIAMS | Attorney for Trustee Expenses (Trus | 3120-000 | | 52.22 | 3,116.69 |
| 08/11/10 | 000103 | DISCOVER BANK<br>DFS Services LLC<br>PO Box 3025<br>New Albany, Ohio 43054-3025 | Claim 000001, Payment 4.0% | 7100-000 | | 289.31 | 2,827.38 |
| 08/11/10 | 000104 | PYOD LLC its successors and assigns as assignee of Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Claim 000002, Payment 4.0% | 7100-000 | | 222.02 | 2,605.36 |
| 08/11/10 | 000105 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000003, Payment 4.0% | 7100-000 | | 14.64 | 2,590.72 |
| 08/11/10 | 000106 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000004, Payment 4.0% | 7100-000 | | 593.59 | 1,997.13 |
| 08/11/10 | 000107 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000005, Payment 4.0% | 7100-000 | | 988.69 | 1,008.44 |
| 08/11/10 | 000108 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000006, Payment 4.0% | 7100-000 | | 307.58 | 700.86 |
| 08/11/10 | 000109 | PYOD LLC its successors and assigns as assignee of Citibank | Claim 000007, Payment 4.0% | 7100-000 | | 448.02 | 252.84 |

Page Subtotals          6,495.48          6,242.64

Ver: 16.00

FORM 2

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 09-74056  -MLB |
| Case Name: | STURLINI, JOHN PHILLIP |
| | STURLINI, KARA MARIE |
| Taxpayer ID No: | *******0268 |
| For Period Ending: | 10/22/10 |

| | |
|---|---|
| Trustee Name: | DANIEL M. DONAHUE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******1745  GENERAL CHECKING |
| | |
| Blanket Bond (per case limit): | $ 1,500,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/11/10 | 000110 | c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602-<br>PYOD LLC its successors and assigns as assignee of Citibank | Claim 000008, Payment 4.0% | 7100-000 | | 20.04 | 232.80 |
| 08/11/10 | 000111 | c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602-<br>PYOD LLC its successors and assigns as assignee of Citibank | Claim 000009, Payment 4.0% | 7100-000 | | 23.46 | 209.34 |
| 08/11/10 | 000112 | c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602-<br>Chase Bank USA,N.A. | Claim 000010, Payment 4.0% | 7100-000 | | 38.02 | 171.32 |
| 08/11/10 | 000113 | c/o Creditors Bankruptcy Service<br>P.O.Box 740933<br>Dallas, TX 75374<br>North Shore Bank | Claim 000011, Payment 4.0% | 7100-000 | | 26.19 | 145.13 |
| 08/11/10 | 000114 | % Law Offices of Kimberly Weissman LLC<br>633 Skokie Blvd Ste 400<br>Northbrook, Il 60062<br>GE Money Bank dba LOWES CONSUMER | Claim 000012, Payment 4.0% | 7100-000 | | 53.32 | 91.81 |
| 08/11/10 | 000115 | Care of Recovery Management Systems Corp<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131<br>CitiCorp Trust Bank<br>P.O. Box 140489<br>Irving, TX 75014-0489 | Claim 000013, Payment 4.0% | 7100-000 | | 91.81 | 0.00 |

Page Subtotals               0.00          252.84

Ver: 16.00

LFORM24
**UST Form 101-7-TDR (10/1/2010)** *(Page: 15)*

FORM 2

Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 09-74056 -MLB | | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|---|
| Case Name: | STURLINI, JOHN PHILLIP | | Bank Name: | BANK OF AMERICA, N.A. |
| | STURLINI, KARA MARIE | | Account Number / CD #: | *******1745  GENERAL CHECKING |
| Taxpayer ID No: | *******0268 | | | |
| For Period Ending: | 10/22/10 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 6,495.48 | 6,495.48 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 6,495.48 | 0.00 | |
| | | | Subtotal | | 0.00 | 6,495.48 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 6,495.48 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| MONEY MARKET - ********1583 | 6,500.71 | 5.23 | 0.00 |
| GENERAL CHECKING - ********1745 | 0.00 | 6,495.48 | 0.00 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 6,500.71 | 6,500.71 | 0.00 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals                    0.00                    0.00

Ver: 16.00